UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEXTER MAIN and FRANCESCO D'AMELIO, individually and on behalf of those similarly situated,<br><br>    Plaintiffs<br><br>v.<br><br>SWEETHEARTS CANDY CO. LLC and ROUND HILL INVESTMENTS LLC,<br><br>    Defendants. | Civil Action<br><br>No. 1:18-cv-11586-ADB |

## STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

The Defendants Sweethearts Candy Co. LLC and Round Hill Investments LLC and the Plaintiffs Dexter Main and Francesco D'Amelio, by their counsel, hereby stipulate and agree that the time for Defendants to respond to Plaintiffs' Complaint will be extended to and including Friday, September 7, 2018.

Dated: August 23, 2018.

| | |
|---|---|
| DEXTER MAIN and FRANCESCO D'AMELIO, individually and on behalf of those similarly situated<br>By their Attorney, | SWEETHEARTS CANDY CO. LLC and ROUND HILL INVESTMENTS LLC<br><br>By their Attorney, |
| */s/ Nicholas J. Rosenberg*<br>Nicholas J. Rosenberg, BBO #657887<br>Gardner & Rosenberg P.C.<br>1 State Street, 4th Floor<br>Boston, MA 02100<br>nick@gardnerrosenberg.com | */s/ Paul S. Samson*<br>Paul S. Samson, BBO #440160<br>Riemer & Braunstein LLP<br>One Center Plaza<br>Boston, Massachusetts 02108<br>(617) 880-3555 (phone)<br>(617) 692-3555 (fax)<br>psamson@riemerlaw.com |

2362438.1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEXTER MAIN and FRANCESCO D'AMELIO, individually and on behalf of those similarly situated,<br><br>    Plaintiffs<br><br>v.<br><br>SWEETHEARTS CANDY CO. LLC and ROUND HILL INVESTMENTS LLC,<br><br>    Defendants. | Civil Action<br><br>No. 1:18-cv-11586-ADB |

## DEFENDANTS' ASSENTED TO MOTION TO APPROVE STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

The Defendants Sweethearts Candy Co. LLC and Round Hill Investments LLC move this Court to approve its Stipulation with the Plaintiffs, a copy of which is attached hereto as Exhibit A, extending the time for Defendants to respond to Plaintiff's Complaint to and including Friday, September 7, 2018. Plaintiffs have assented to this Motion.

Respectfully submitted this 23rd day of August, 2018.

| | |
|---|---|
| DEXTER MAIN and FRANCESCO D'AMELIO, individually and on behalf of those similarly situated<br>By their Attorney, | SWEETHEARTS CANDY CO. LLC and ROUND HILL INVESTMENTS LLC<br><br>By their Attorney |
| */s/ Nicholas J. Rosenberg*<br>Nicholas J. Rosenberg, BBO #657887<br>Gardner & Rosenberg P.C.<br>1 State Street, 4th Floor<br>Boston, MA 02100<br>nick@gardnerrosenberg.com | */s/ Paul S. Samson*<br>Paul S. Samson, BBO #440160<br>Riemer & Braunstein LLP<br>One Center Plaza<br>Boston, Massachusetts 02108<br>(617) 880-3555 (phone)<br>(617) 692-3555 (fax)<br>psamson@riemerlaw.com |

## CERTIFICATE OF SERVICE

      I, Paul S. Samson, Esquire, hereby certify that the foregoing Defendant's Assented To Motion to Approve Stipulation Extending Time to Respond to Complaint filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent by first-class mail to those indicated and non-registered participants, if any, on August 23, 2018.

                                                  /s/ Paul S. Samson
                                                  Paul S. Samson

2362472.1