UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Dexter Main, et al.
       Plaintiff

v.                            Civil Action No. 18-11586-ADB

Round Hill Investments, et al.
       Defendant

SETTLEMENT ORDER OF DISMISSAL

BURROUGHS, D.J.

      The Court having been advised by the counsel for the parties that this action has settled, IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within thirty (30) days to reopen the action if settlement is not consummated.

                                                  By the Court,

                                                  /S/ Karen P. Folan

09/21/2020                                      _____
  Date                                             Karen P. Folan
                                                  Deputy Clerk